JUSTICE GABRIEL,
dissenting.
¶13 Relying on its opinion in Frazier v. Williams, 2017 CO 85, 401 P.3d 541, which we *561 also decide today, the majority concludes that (1) claims brought pursuant to section 1-1-113 are limited to those alleging a breach or.neglect of duty or other wrongful act under the Colorado Election Code and therefore, (2) section 1983 claims may not be joined in a section 1-1-113 proceeding. See maj. op. ¶¶ 10, 18. For the reasons set forth in my dissent in Frazier, ¶¶ 29-60,1 respectfully disagree. Instead, I would conclude that the plain language of section 1-1-113, the applicable civil procedure rules, and sound public policy support allowing parties like petitioners here to join section 1983 claims with claims under section 1-1-113.
¶14 Accordingly, I respectfully dissent.
I am authorized to state that JUSTICE HOOD joins in this dissént.